1

2

3

4

5              UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF WASHINGTON

7  In Re:

                                        NO:  CV-13-18-RMP
8  LLS AMERICA, LLC,

                                         Bankr. Case No. 09-06194-FPC11
9                        Debtor,

10  BRUCE P. KRIEGMAN, solely in his        Adv. Proc. No. 11-80287-FPC11
   capacity as court-appointed Chapter 11
11  Trustee for LLS America, LLC,            JUDGMENT AND JUDGMENT
                                          SUMMARY AGAINST RENE AND
12                        Plaintiff,        ARMANDE BAUDEZ AND THEIR
                                          ESTATE
13  v.

14  HORST ROMANI, et al.,

15                        Defendants.

16

17                        **JUDGMENT SUMMARY**

18  1.    Judgment Creditor:          Bruce  P.  Kriegman,  Liquidating
                                    Trustee  for  LLS America, LLC, as
19                                    consolidated

20  2.    Attorneys for Judgment Creditor    Witherspoon Kelley


JUDGMENT AND JUDGMENT SUMMARY AGAINST RENE AND
ARMANDE BAUDEZ AND THEIR ESTATE ~ 1

| | | |
|---|---|---|
| 3. | Judgment Debtors: | Rene Baudez and her estate; Armande Baudez and his estate |
| 4. | Attorneys for Debtors: | Foster Pepper, PLLC |
| 5. | Judgment Amount (Principal) | $535,744.71 |
| 6. | Prejudgment Interest at .47% (7/21/09 – 7/11/14) (1,817 days) | $12,534.81 |
| 7. | Total Judgment | $548,279.52 |
| 8. | Plus taxable costs in the amount to be determined by the Court | |
| 9. | Interest Rate on Judgment: | .09% (28 U.S.C. § 1961) |

Plaintiff filed Notice of Presentment pursuant to Federal Rules of Civil Procedure 52(a)(1) and 58(a), (d).  ECF No. 95.  The Court previously entered its Findings of Fact and Conclusions of Law, ECF No. 93, which are fully incorporated here with the same force and effect as if set forth verbatim.  The Court being fully advised, **IT IS HEREBY ORDERED** that:

1.    Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for Debtor LLS America, LLC, hereby is awarded Judgment against defendants Rene Baudez and Armande Baudez and their estate ("Defendants"), jointly and severally, as follows:

| | | |
|---|---|---|
| a. | Judgment | $535,744.71 |
| b. | Plus prejudgment interest from July 21, 2009 to July 11, 2014 at the federal rate of .47% per annum | $12,534.81 |

JUDGMENT AND JUDGMENT SUMMARY AGAINST RENE AND ARMANDE BAUDEZ AND THEIR ESTATE ~ 2

1

2
      c.    Plus taxable costs in the amount to be
           determined by the Court

3
      d.    Plus post-judgment interest from the date
           of Judgment until fully paid at the federal

4
           rate of 0.09% per annum (28 U.S.C. §
           1961); and

5

6
    2.    All proofs of claim filed by Defendants in Debtor's Bankruptcy

proceedings or any claims that may hereafter arise hereby are disallowed pursuant

7

8
to 11 U.S.C. § 502(d) unless and until the avoided transfers are returned to the

Trustee-Plaintiff.

9

10
The District Court Executive is hereby directed to enter this Order and to

provide copies to counsel and to *pro se* defendants.

11

12
**DATED** this 17th day of July 2014.

13

14
               *s/ Rosanna Malouf Peterson*
               ROSANNA MALOUF PETERSON
             Chief United States District Court Judge

15

16

17

18

19

20

JUDGMENT AND JUDGMENT SUMMARY AGAINST RENE AND
ARMANDE BAUDEZ AND THEIR ESTATE ~ 3