UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor, | NO: CV-13-18-RMP<br><br>Bankr. Case No. 09-06194-FPC11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HORST ROMANI, et al.,<br><br>Defendants. | Adv. Proc. No. 11-80287-FPC11<br><br>JUDGMENT AND JUDGMENT SUMMARY AGAINST HORST AND CLAUDINE ROMANI |

**JUDGMENT SUMMARY**

1. Judgment Creditor:  Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment Creditor  Witherspoon Kelley

JUDGMENT AND JUDGMENT SUMMARY AGAINST HORST AND CLAUDINE ROMANI ~ 1

| | | | |
|---|---|---|---|
| 3. | Judgment Debtors: | Horst Romani; Claudine Romani | |
| 4. | Attorneys for Debtors: | None | |
| 5. | Judgment Amount (Principal) | $428,949.82 | |
| 6. | Prejudgment Interest at .47% (7/21/09 – 7/11/14) (1,817 days) | $10,036.13 | |
| 7. | Total Judgment | $438,985.95 | |
| 8. | Plus taxable costs in the amount to be determined by the Court | | |
| 9. | Interest Rate on Judgment: | .09% (28 U.S.C. § 1961) | |

Plaintiff filed Notice of Presentment pursuant to Federal Rules of Civil Procedure 52(a)(1) and 58(a), (d). ECF No. 94. The Court previously entered its Findings of Fact and Conclusions of Law, ECF No. 93, which are fully incorporated here with the same force and effect as if set forth verbatim. The Court being fully advised, **IT IS HEREBY ORDERED** that:

1. Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for Debtor LLS America, LLC, hereby is awarded Judgment against defendants Horst Romani and Claudine Romani ("Defendants"), jointly and severally, as follows:

   a. Judgment — $428,949.82

   b. Plus prejudgment interest from July 21, 2009 to July 11, 2014 at the federal rate of .47% per annum — $10,036.13

JUDGMENT AND JUDGMENT SUMMARY AGAINST HORST AND CLAUDINE ROMANI ~ 2

   c. Plus taxable costs in the amount to be determined by the Court

   d. Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.09% per annum (28 U.S.C. § 1961); and

 2. All proofs of claim filed by Defendants in Debtor's Bankruptcy proceedings or any claims that may hereafter arise hereby are disallowed pursuant to 11 U.S.C. § 502(d) unless and until the avoided transfers are returned to the Trustee-Plaintiff.

 The District Court Clerk is directed to enter this Order and provide copies to counsel and to *pro se* defendants.

 **DATED** this 17th day of July 2014.

         *s/ Rosanna Malouf Peterson*
         ROSANNA MALOUF PETERSON
         Chief United States District Court Judge